JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FEIZ MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, et al.<br><br>Defendants. | Case No. 2:15-cv-04195-MWF(PJWx)<br><br>[Assigned to Hon. Michael W. Fitzgerald and Magistrate Judge Patrick J. Walsh]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 21, 2015<br>Trial Date: Not Yet Set |

Upon consideration of Plaintiff MICHAEL FEIZ MEDICAL CORPORATION and Defendant SCOTTSDALE INSURANCE COMPANY's Stipulation of Dismissal With Prejudice, and good cause appearing therefore, IT IS HERBY ORDERED:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this entire action is DISMISSED WITH PREJUDICE, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
Hon. Michael W. Fitzgerald

1